Patrick Dulin
Name and Prisoner/Booking Number
Lower Buckeye Jail
Place of Confinement
3250 W Lower Buckeye Rd
Mailing Address
Phoenix Az 85009
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

<table>
<tr><td>✓ FILED</td><td>___ LODGED</td></tr>
<tr><td>___ RECEIVED</td><td>___ COPY</td></tr>
</table>

JAN 2 4 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Patrick Dulin,
(Full Name of Plaintiff)

                    Plaintiff,

v.

(1) Paul Penzone,
(Full Name of Defendant)

(2) Maricopa County,

(3) Maricopa County Sheriffs office,

(4) _____,

                    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-17-02901-JJT-(BSB)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☒ Second Amended Complaint

## A.  JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☒ Other: Ariz, Rev, Stat 8 11-291(A)/violation 14th Amendment

2.  Institution/city where violation occurred: 4th Ave Jail

**550/555**

## B. DEFENDANTS

1. Name of first Defendant: Paul Penzone . The first Defendant is employed
as: M.C.S.O Sheriff at 4th Ave Jail .
   (Position and Title)                                    (Institution)

2. Name of second Defendant: Maricopa County . The second Defendant is employed as:
as: Responsible Party at 4th Ave Jail .
   (Position and Title)                                    (Institution)

3. Name of third Defendant: M.C.S.O . The third Defendant is employed
as: Responsible Party at 4th ave Jail .
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant: _____ . The fourth Defendant is employed
as: _____ at _____ .
   (Position and Title)                                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☑ Yes   ☐ No

2. If yes, how many lawsuits have you filed? ___1___ . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: Dulin v. Dias/Duggan
      2. Court and case number: Superior / CV-17-007185 .
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Dismissed
      Due to Statue of Limitations .

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____ .
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____ .
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Violation of The Fourteenth Amendment/Right to Be Protected As An Inmate

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☑ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I Patrick Dulin while an Inmate in Maricopa County Jail Became a Subject of Physical Assault By the Hands of another Inmate Wearing a "Large metal Fashion Ring" which is Contraband. Resulting in Significant injury Where I recieved Staples in my Head. Where Sheriff Paul Penzone and maricopa county and m.c.s.o search Policy Allowed Contraband into facility after Search Policy and Procedures With Deliberate Indifference Where Defendants Where Completly Aware of the Threat and Did not stop Contraband entering the Jail at Draw the Enforcence Where I As An Inmate have The Right to Be Protected And Officials Have a Sworn Duty to Protect Inmates from violence at Hands of other Inmates which Defendants Allowed Contraband into Jail Violating my Fourteenth Amendment Caosing me to recieve Staples in my Head By Inmate in Posession of Contraband.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Through Defendants negligence And improper Procedures I was the victim of Assault but By An Inmate Posesing Contraband And Recieved Staples in my Head.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

1-18-18   PD

In Continuance OF Claim #1                Claim #1 cont

Contraband Posed A threat

To other inmates And Staff As it Became a threat to my personal Safety that resulted in a Significant injury and unnecessary and wanton infliction of Pain where I was emergency rushed to "outside" (Maricopa County Hospital.) For head and Body trauma and recieved "Staples" in my head. In this case an official must Both Know and Disregard any and all Risk to an inmates health, which was Done in Complete "Neglegence" where officials under Maricopa County Jail Search Policies totally Disregarded the potential risk to an inmates Health By allowing the "contraband" (metal ring) in to Jail System, where the official must Both Be aware of the facts from which the "Inferrence" could Be Drawn, that a Substantial risk of Serious Harm exists, and He or She Directly or through "Policy" Draw the (in Ferrence) which clearly was not Done. Offecers through Maricopa County Jail Search Policies allowed "ContraBand" through metal Detectors and in clear and Plain Sight into Jail. That resulted in Significant injury including head and Body trauma, recieving Staples in my head from Blow By inmate wearing metal Ring, impared eyesight in left eye and altered hearing in left ear.

Cont on Back. ——>

Being A 550/555 Case. I Patrick Dulin # T213446
Being an inmate since 9-17-15 until Present time
incident occurred in 2016. Under A.R.S 12-821
applicable law b States Actions Against a public entity
Shall Be brought Fourth no latter then (1) one year
after action accrues which I was fully aware of
all circumstances and ability to Bring fourth a suit
on my own in 2017 But also being a health Safety
issue and may fall under Medical Neglegence which
falls under A.R.S 12-542 which States a claim
Must Be Brought Fourth in a (2) two year limitation
which I would like these Points to Be considered
in regards to my Claim # 1. and attached form
marked exhibit claim#1 Proof of me seeking
Legal Consultation for injury since 1-12-2017

Proof of Searching for Legal Consultation

# GOLDBERG & OSBORNE LLP®
### *The Injury Lawyers®*
1-800-THE-EAGLE (1-800-843-3245)

Certified In Personal
Injury and Wrongful
Death Litigation by the
Arizona Board of
Legal Specialization:
John E. Osborne
W. Daniel Shelton
Allen D. Bucknell
Bruce M. Squire

January 12, 2017

Patrick Dulin
3250 W. Lower Buckeye
Phoenix, AZ 85009

RE: Loss of January 31, 2013

Dear Mr. Dulin:

Thank you for contacting Goldberg & Osborne LLP regarding your personal injury case. We appreciate that you chose to share your experience with us.

After carefully considering the facts of the case, we have decided to decline the opportunity to represent you. However, we do recommend you contact another attorney as attorneys' opinions may differ.

Please be aware that Arizona and other states have strict time limitations to file a lawsuit or otherwise initiate a claim. The time limit can vary depending on the specific circumstances of your case. If your lawsuit or claim is not filed within that time frame, your potential claim will be forever barred. THEREFORE, SHOULD YOU STILL WISH TO ASSERT SUCH A CLAIM, <u>WE URGE YOU TO SEEK OTHER LEGAL REPRESENTATION IMMEDIATELY.</u>

Thank you again for giving Goldberg & Osborne LLP the opportunity to review your case. If you or a loved one is ever in need of legal representation for a personal injury, medical malpractice, or product liability case in the future, please contact us again by calling 1-800-THE-EAGLE (1-800-843-3245) or through our website www.1800theeagle.com.

Sincerely,

**GOLDBERG & OSBORNE LLP**

Page Chancellor
Page Chancellor
Management Attorney

PCM/eo

PCC ID 360908

**915 West Camelback, Phoenix, AZ 85013**
**FAX (602) 808-6953**

## COUNT II

1. State the constitutional or other federal civil right that was violated: _____
_____

2. **Count II.** Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____

3. **Supporting Facts.**  State as briefly as possible the FACTS supporting Count II.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

_____
_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____

## COUNT III

1. State the constitutional or other federal civil right that was violated: _____
_____

2. **Count III.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
   - ☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
   - ☐ Excessive force by an officer     ☐ Threat to safety     ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☐ Yes    ☐ No
   b. Did you submit a request for administrative relief on Count III?     ☐ Yes    ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?     ☐ Yes    ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

Demand for monetary Relief of
$ 250,000 for Damages and
Pain & Suffering While an Inmate For 2 1/2 years

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1-18-18
             DATE

                            SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.   If you need more space, you may attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

DEC 01 2017

**I.L.S.
MAILED**

DEC 01 2017

CASE # CV-17-02901 PHX-JJT-BSB, Dulin vs Penzone -11-29-17
1-19-18 DD

In the United States District Court
For the District of Arizona.

Patrick Dulin T213446                    No-CV-17-02901-PHX-JJT-BSB
PLAINTIFF                                motion for Courts to request
Paul Penzone                             MCSO Public Records & DVD
DEFENDANT                                Due to Indegent Status

     I Patrick Dulin Inmate #T213446 have
Requested M.C.S.O. Public Records in Regards to
Claim # 1 which resulted in Significant Injury
Here is Attached Response, and Due to Being
an "Indegent" inmate, I am not able to Pay
The $6.00 Fee for Very important evidence
That will prove my Claim of Deliberate Indifference
a Violation of my fourteenth Amendment that
OFFicials have a Duty to Protect me from Vidence
at the hands of other Inmates where OFFicials
allowed An Inmate to enter 4th ave Jail
wearing a "Large metal fashion Ring" which
is "Contraband" which Posed a threat to my
Personal Safety and me recieving Staples
in my head.
                              Continued on Back —>

I am Requesting that the Courts request copy of
all Public Records including D.V.D involving
My Claim to Legal Laison MR Fuentes in next
30 Days at.

550 W Jackson St
Phoenix AZ 85003

Submitted this 29 Day OF November 2017  PD
Submitted this 18 Day OF January 2018
By Inmate Patrick Dulin

# MARICOPA COUNTY SHERIFF'S OFFICE

# <u>CERTIFICATION</u>

I hereby certify that on this date _____ **2018 January 19** _____

I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

√ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

___ _____

___ _____

_____     **B3648**
Legal Support Specialist Signature    S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009

USDC Certification

·10/17/16